**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-6648**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

FREDERICK LYNN SELLERS,

               Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge.  (4:01-cr-00058-RBH-1)

Submitted:  August 14, 2019               Decided:  August 26, 2019

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frederick Lynn Sellers, Appellant Pro Se.  Lauren L. Hummel, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Lynn Sellers appeals the district court's order denying his motion for reduction of sentence under the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222 ("2018 FSA"). Having reviewed the record, we conclude that the district court did not reversibly err in declining to reduce Sellers' sentence as an exercise of discretion because that sentence was based on his conviction for kidnapping resulting in death.[*] Accordingly, we affirm the district court's judgment. *United States v. Sellers*, No. 4:01-cr-00058-RBH-1 (D.S.C. Apr. 25, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court determined that Sellers was not eligible for a sentence reduction under the 2018 FSA and, alternatively, that a sentence reduction was not warranted as an exercise of its discretion. We affirm on the district court's alternative holding.